**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-01613-001-TUC-RM (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Lori Olivia Selgado, | |
| Defendant. | |

Pending before the Court is Defendant Lori Selgado's Motion to be Housed Pursuant to the First Step Act. (Doc. 39.) Defendant requests that the Court order Ms. Selgado to be incarcerated at a facility within 500 miles of her home in Albuquerque, New Mexico, pursuant to the First Step Act, Public Law 115-391.

Defendant gave birth on December 18, 2019 while incarcerated at the Core Civic facility in Florence, Arizona. (Doc. 39.) Defendant is currently incarcerated at the Dublin facility in California. (*Id*.) Defendant requests that she be moved to a facility within 500 miles of her primary residence in Albuquerque, New Mexico, where her child and her child's father reside.

The First Step Act, P.L. 115-391, was signed into law on December 21, 2019. It amends 18 U.S.C. § 3621(b) to require the Bureau of Prisons to "place a prisoner in a facility as close as practicable to the prisoner's primary residence, and to the extent

practicable, in a facility within 500 driving miles of that residence." P.L. 115-391. The location requirement is subject to "bed availability, the prisoner's security designation, the prisoner's programmatic needs, the prisoner's mental and medical health needs, any request made by the prisoner related to faith-based needs, recommendations of the sentencing court, and other security concerns of the Bureau of Prisons." *Id*. Furthermore, the Act requires the Bureau of Prisons to transfer prisoners to facilities closer to the prisoner's primary residence, even if the prisoner is already within 500 driving miles of that residence. *Id*.

Defendant is currently incarcerated in California, and her primary place of residence is in Albuquerque, New Mexico. Dublin, California, where Defendant is currently incarcerated, is over 500 miles from Albuquerque. Therefore, Defendant's current location does not comply with P.L. 115-391.

However, the First Step Act further states that "notwithstanding any other provision of law, a designation of a place of imprisonment under this subsection is not reviewable by any court." 18 U.S.C. § 3621(b). Therefore, the Court lacks authority to grant Defendant's motion. *See, e.g., Ellis v. United States*, 2019 WL 3021141, at *2 (N.D. Tex. June 18, 2019), report and recommendation adopted, No. 3:19-CV-395-K (BT), 2019 WL 3006837 (N.D. Tex. July 9, 2019). Therefore, the Court can only recommend that Defendant be transferred to a facility within 500 miles of her home in Albuquerque so that she can be closer to her infant child.

….
….
….
….
….
….
….
….

Accordingly,

**IT IS ORDERED** that Defendant's Motion to be Housed Pursuant to the First Step Act (Doc. 39) is **denied**.

**THE COURT RECOMMENDS** that the Bureau of Prisons relocate Defendant Lori Selgado to a suitable facility **within 500 driving miles** of Albuquerque, New Mexico, and **as close as practicable** to Albuquerque, New Mexico.

Dated this 24th day of February, 2020.

_____
Honorable Rosemary Márquez
United States District Judge